UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------

| | |
|---|---|
| SMART TAX HOLDINGS, LLC., | STIPULATION OF DISMISSAL |
| Plaintiff, | |
| | Index No. 11-CV-4619 |
| -against- | |
| MARCHEX SALES, INC., | |
| Defendant. | |

---------------------------------------------------------------------------

We, the attorneys for the respective parties, being all of the parties that have appeared in the above-entitled action, hereby stipulate that, pursuant to the terms of a Confidential Settlement Agreement, Plaintiff and Defendant dismiss with prejudice all claims against one another in Civil Action No. 11-4619 now pending in the United States District Court for the Eastern District of New York, dismissal is to be entered in accordance with Rule 41(a)(1), and the Court will dismiss the action with prejudice and with the parties bearing their own costs and expenses, and enter an order accordingly, notice by the Clerk being hereby waived.

Dated: March 5, 2012

| | |
|---|---|
| By: /s/ Todd Wengrovsky | By: /s/ Tamar Y. Duvdevani |
| Todd Wengrovsky | Tamar Y. Duvdevani |
| Law Offices of Todd Wengrovsky, PLLC | DLA PIPER LLP |
| 285 Southfield Road, Box 585 | 1251 Avenue of the Americas |
| Calverton, NY 11933 | New York, NY 10020 |
| Tel (631) 727-3400 | Tel (212) 335-4799 |
| contact@twlegal.com | Tamar.Duvdevani@dlapiper.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

And now, this _____ day of _____, 2012, IT IS SO ORDERED.

_____
United States District Judge